

# COURT OF APPEALS

## SECOND DISTRICT OF TEXAS
### FORT WORTH

### NO. 02-11-00373-CV

| | | |
|---|---|---|
| JPMorgan Chase Bank, N.A. | § | From the 17th District Court |
| | § | of Tarrant County (17-231360-08) |
| v. | | |
| | § | December 31, 2014 |
| Professional Pharmacy II | § | Opinion by Justice Gardner |

## JUDGMENT

This court has considered the record on appeal and holds that there was error in the trial court's judgment. In accordance with rule of appellate procedure 46.3, we suggest a remittitur of $64,000. If Appellee Professional Pharmacy II files in this court within twenty days from the date of this opinion, a remittitur of $64,000, we will reform the judgment to award Appellee Professional Pharmacy II $99,180.55 (eighty-five percent of $116,683) in actual damages and $14,677.20 in prejudgment interest[1] and, as so reformed, affirm the trial court's judgment. If the suggested remittitur is not timely filed, we will reverse the trial

---

[1]$14,677.20 reflects a recalculated award of prejudgment interest on damages in the amount of $99,180.55 at the rate of five percent simple interest from July 15, 2008, through June 29, 2011. *See Mahon v. Caldwell, Haddad, Skaggs, Inc.*, 783 S.W.2d 769, 772 (Tex. Civ. App.—Fort Worth 1990, no writ) (suggesting proportional reduction in prejudgment interest as part of suggested remittitur).

court's judgment and remand Appellee Professional Pharmacy II's negligence claim to the trial court for a new trial on both liability and damages.

It is further ordered that each party shall bear their own costs of this appeal, for which let execution issue.

SECOND DISTRICT COURT OF APPEALS

By _/s/ Anne Gardner_____
Justice Anne Gardner